UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EITAN O. ELIAHU,<br><br>            Plaintiff,<br><br>      v.<br><br>THE STATE OF ISRAEL,<br><br>            Defendant. | Case No.   14-cv-01636-BLF<br><br>**ORDER TERMINATING COUNSEL**<br><br>[Re: ECF 24] |

The Court is in receipt of Plaintiff's "Notice of Self Representation" filed September 18, 2014. ECF 24. Plaintiff's counsel of record has not submitted a motion to withdraw, as required by Civil Local Rule 11-5. Nonetheless, the Court construes Plaintiff's notice as a request that his counsel of record be terminated from this action and hereby GRANTS that request.

IT IS HEREBY ORDERED THAT: Plaintiff's counsel of record is terminated from this action. The docket shall reflect that Plaintiff is representing himself *pro se*, and Plaintiff should familiarize himself with the applicable Federal Rules and local rules, as required by Civil Local Rule 3-9(a).

**IT IS SO ORDERED.**

Dated: September 23, 2014

_____
BETH LABSON FREEMAN
United States District Judge