UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EITAN OVADIA ELIAHU,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF ISRAEL,<br><br>    Defendant. | Case No.  14-cv-01636-BLF<br><br>**ORDER STRIKING PLAINTIFF'S REQUEST TO AMEND COMPLAINT**<br><br>[Re: ECF 30] |

On September 25, 2014, *pro se* plaintiff Eitan Eliahu filed a 2-page "Request to Amend Complaint." ECF 30.  This filing, which the Court construes as a motion for leave to amend or supplement the complaint, does not comply with any applicable federal or local rules, or this Court's standing order.  The Court accordingly STRIKES Plaintiff's noncompliant filing.

Plaintiff may re-file his motion as a properly noticed motion under Civil Local Rule 7-2, affording Defendant the time to respond that is mandated by the local rules.  This Court's standing orders require that the moving party reserve a hearing date in advance of filing such a motion.  Additionally, to the extent Plaintiff requests leave to file an amended complaint, he is required to reproduce the entire proposed pleading as an attachment to the motion and may not incorporate any part of a prior pleading by reference.  Civ. L.R. 10-1.

Finally, to the extent Plaintiff objects to any portion of Defendant's presently pending Motion to Dismiss, ECF 18, he may make those arguments in his opposition brief to that motion.

**IT IS SO ORDERED.**

Dated: September 26, 2014

                                                             _____
                                                             BETH LABSON FREEMAN
                                                             United States District Judge