UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EITAN OVADIA ELIAHU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE STATE OF ISRAEL,<br><br>　　　　Defendant. | Case No. 14-cv-01636-BLF<br><br>**ORDER STRIKING PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND OPPOSITION TO EVIDENCE IN JUDICIAL NOTICE; CLARIFYING BRIEFING SCHEDULE ON MOTIONS BEFORE THE COURT**<br><br>[Re: ECF 33, 34, 35] |

On November 2, 2014, Plaintiff, proceeding *pro se*, filed a thirty-two (32) page Opposition to Motion to Dismiss, ECF 34, and a separate Opposition to Evidence in Judicial Notice, ECF 35. These filings violate Civil Local Rule 7-3, which provides that opposition briefs "may not exceed 25 pages of text" and that "[a]ny evidentiary and procedural objections to the motion must be contained within the brief or memorandum." These filings are therefore STRICKEN. Plaintiff shall have until **November 10, 2014** to file a revised opposition brief that does not exceed 25 pages of text, inclusive of any objections to Defendant's Request for Judicial Notice, and is appropriately formatted according to Civil Local Rules 3-4 and 7-2.[1] The deadline for Defendant's reply brief is accordingly extended to **December 8, 2014**.

On November 2, 2014, Plaintiff also filed a Motion to Amend Complaint. ECF 33. Plaintiff appears to have set a number of dates in error in electronically filing his motion. For the elimination of any doubt, the Court hereby sets the following schedule for briefing and hearing on Plaintiff's Motion to Amend Complaint:

---

[1] Plaintiff is again reminded to review the Federal Rules of Civil Procedure, the Civil Local Rules, and this Court's standing orders, which may all be found on the court's website. *Pro se* parties are equally bound by the Federal Rules, as well as by all applicable local rules. Civ. L.R. 3-9(a).

1    Defendant's Opposition Due:  November 20, 2014

2    Plaintiff's Reply Due:  December 1, 2014

3    Motion Hearing: January 22, 2015 at 9:00 a.m. in Courtroom 3, 5th Floor, San Jose.

4

5    **IT IS SO ORDERED.**

6    Dated: November 3, 2014

7    _____
     BETH LABSON FREEMAN
8    United States District Judge